[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-12373

Non-Argument Calendar

_____

FIRSTKEY HOMES, LLC,

Plaintiff-Appellee,

*versus*

SHAYLA BRYNN PATRICK,
and All Other Occupants,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:25-cv-03729-LMM

_____

2                    Opinion of the Court                    25-12373

Before JORDAN, JILL PRYOR, and LUCK, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Shayla Patrick, *pro se*, appeals from the district court's order remanding the case to Georgia state court. Because the order remanded the case for lack of federal subject matter jurisdiction, it is unreviewable on appeal. *See* 28 U.S.C. § 1447(c), (d); *New v. Sports & Recreation*, 114 F.3d 1092, 1096 (11th Cir. 1997) ("Cases remanded for lack of jurisdiction are immune from review even if the district court's decision is clearly erroneous."). Further, Patrick did not invoke either 28 U.S.C. §§ 1442 or 1443 as a basis for the removal. *See* 28 U.S.C. § 1447(d); *BP P.L.C. v. Mayor of Balt.*, 593 U.S. 230, 238-39 (2021) (concluding that, because the defendants cited § 1442 in their notice of removal, the whole of the district court's remand order was reviewable on appeal).